UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                             Chapter 11

2970 REALTY LLC,                                  Case No. 08-11942(RDD)

               Debtor.
---------------------------------------------------------------x

**ORDER AND NOTICE APPROVING DISCLOSURE STATEMENT, SETTING HEARING ON CONFIRMATION OF PLAN OF REORGANIZATION AND FIXING TIME TO FILE BALLOTS AND/OR OBJECTIONS TO THE PLAN**

      An Amended Disclosure Statement having been filed on or about July 11, 2008 ("Disclosure Statement") by the above captioned debtor (the "Debtor"), with respect to the Debtor's Amended Plan of Reorganization filed on or about July 11, 2008 ("Plan"); and it having been determined after hearing on notice that the Disclosure Statement, as so amended, contains adequate information;

      IT IS ORDERED, and notice is hereby given that:

      A.  The Disclosure Statement is approved.

      B.     Within <u>7</u> days after entry of this order, the Plan and the Disclosure Statement shall be mailed to creditors, equity security holders and other parties in interest, and shall be transmitted to the United States Trustee as provided in Fed. R. Bankr. P. 3017(d).

      C.     <u>October 14</u>, 2008, at <u>10:00</u> <u>a</u>.m., or as soon thereafter as counsel may heard, is fixed for the hearing on confirmation of the Plan (the "Hearing"), before the Honorable Robert D. Drain, at the United States Bankruptcy Court, the Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

      D.     <u>October 7</u>, 2008 is fixed as the last day for filing and serving written objections to confirmation of the Plan pursuant to Fed. R. Bankr. p. 3020(b)(1), which objections must be filed, served and received by the Debtor's attorneys and the Clerk of Court, with a courtesy copy to Judge Drains's chambers, at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

Dated:     New York, New York
            September <u>3</u>, 2008

                                              /s/Robert D. Drain
                                              UNITED STATES BANKRUPTCY JUDGE